IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RUDY BARLOW, JR.,

                        Plaintiff,

     v.

KRAFT FOODS GLOBAL INC.,

                        Defendant.

ORDER

10-cv-319-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A jury awarded plaintiff Rudy Barlow, Jr., $32,000 on his claim that defendant Kraft Foods Global, Inc. gave him an undesirable work assignment because of his race. To avoid multiple decisions on the same issues, I am going to reserve a ruling on defendant's motion for judgment as a matter of law under Fed. R. Civ. P. 50(a) and enter judgment in favor of plaintiff. The parties may file any postjudgment motion they believe appropriate in accordance with the deadlines set forth in the Federal Rules of Civil Procedure.

ORDER

    IT IS ORDERED that

    1. The clerk of court is directed to enter judgment in favor of plaintiff Rudy Barlow, Jr. in the amount of $32,000 on his claim that defendant Kraft Foods Global, Inc. required


plaintiff to work in the pretreatment department from June 11, 2006, through March 28, 2008 because of his race.

    2.  The clerk of court is directed to enter judgment in favor of defendant on plaintiff's claims that:

    (a)    defendant required plaintiff to work in the pretreatment department before June 11, 2006, because of his race; and

    (b)    defendant suspended plaintiff after an incident occurring on January 7, 2009 because of his race and because he complained about race discrimination.

Entered this 25th day of August, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge