IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RUDY BARLOW, JR.,

    Plaintiff,

v.

KRAFT FOODS GLOBAL, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-319-bbc

---

    This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been considered and the jury has rendered its verdict.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kraft Foods Global, Inc. dismissing plaintiff Rudy Barlow, Jr. claims that defendant required him to work in the pretreatment department before June 11, 2006 because of his race and that defendant suspended him after an incident occurring on January 7, 2009 because of his race and because he complained about race discrimination.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Rudy Barlow, Jr., against defendant Kraft Foods Global, Inc., in the amount of $32,000 on his claim that he was required to work in the pretreatment department from June 11, 2006 through March 28, 2008 because of his race.

Approved as to form this 26th day of August, 2011.

_Barbara B. Crabb_,
District Judge

_Peter Oppeneer_, Clerk of Court      8/30/11
                                                                                                  Date