IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RUDY BARLOW, JR.,

    Plaintiff,

v.

KRAFT FOODS GLOBAL, INC.,

    Defendant.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 10-cv-319-bbc

---

This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Kraft Foods Global, Inc. Granting its motion for judgment as a matter of law and dismissing this case.


_____          _____2/1/12_____
Peter Oppeneer, Clerk of Court                              Date