IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RUDY BARLOW, JR.,

       Plaintiff,

v.

KRAFT FOODS GLOBAL, INC.,

       Defendant.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 10-cv-319-bbc

---

     This action came before the court and a jury with District Judge Barbara B. Crabb presiding.  The issues have been tried and the jury has rendered its verdict.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Kraft Foods

Global, Inc. Granting its motion for judgment as a matter of law and dismissing this case.


_____
Peter Oppeneef, Clerk of Court

_____
2/1/12
Date